# EXHIBIT A

| Account Number | Account Billing Name | Current Open Amount | Original Billed Amount | Total Payments | Service Type | Bill of Lading | Statement Date | Movement Origin | Movement Destination | Price Authority |
|---|---|---|---|---|---|---|---|---|---|---|
| 30065 | DOE RUN | $10,302.00 | $10,302.00 | $0.00 | FREIGHT | NA | 7/14/2026 | SOUTH SAINT PAUL MN | HERCULANEUM MO | UPRR 15 |
| 30065 | DOE RUN | $10,302.00 | $10,302.00 | $0.00 | FREIGHT | NA | 7/10/2026 | SOUTH SAINT PAUL MN | HERCULANEUM MO | UPRR 15 |
| 30065 | DOE RUN | $10,302.00 | $10,302.00 | $0.00 | FREIGHT | NA | 7/10/2026 | SOUTH SAINT PAUL MN | HERCULANEUM MO | UPRR 15 |
| 30065 | DOE RUN | $10,302.00 | $10,302.00 | $0.00 | FREIGHT | NA | 7/10/2026 | SOUTH SAINT PAUL MN | HERCULANEUM MO | UPRR 15 |
| 30065 | DOE RUN | $10,302.00 | $10,302.00 | $0.00 | FREIGHT | NA | 7/10/2026 | SOUTH SAINT PAUL MN | HERCULANEUM MO | UPRR 15 |
| 30065 | DOE RUN | $10,302.00 | $10,302.00 | $0.00 | FREIGHT | NA | 7/10/2026 | SOUTH SAINT PAUL MN | HERCULANEUM MO | UPRR 15 |
| 30065 | DOE RUN | $10,302.00 | $10,302.00 | $0.00 | FREIGHT | NA | 7/10/2026 | SOUTH SAINT PAUL MN | HERCULANEUM MO | UPRR 15 |
| 30065 | DOE RUN | $10,302.00 | $10,302.00 | $0.00 | FREIGHT | NA | 7/10/2026 | SOUTH SAINT PAUL MN | HERCULANEUM MO | UPRR 15 |
| 30065 | DOE RUN | $10,302.00 | $10,302.00 | $0.00 | FREIGHT | NA | 7/9/2026 | SOUTH SAINT PAUL MN | HERCULANEUM MO | UPRR 15 |
| 30065 | DOE RUN | $11,349.00 | $11,349.00 | $0.00 | FREIGHT | BL0234822 | 3/11/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $11,349.00 | $11,349.00 | $0.00 | FREIGHT | BL0234821 | 3/11/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $11,349.00 | $11,349.00 | $0.00 | FREIGHT | BL0234824 | 3/11/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $11,349.00 | $11,349.00 | $0.00 | FREIGHT | BL0234737 | 3/5/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $11,349.00 | $11,349.00 | $0.00 | FREIGHT | BL0234676 | 3/2/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0234553 | 2/23/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0234555 | 2/23/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0234333 | 2/9/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,970.00 | $10,970.00 | $0.00 | FREIGHT | BL0233991 | 1/16/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,970.00 | $10,970.00 | $0.00 | FREIGHT | BL0233845 | 1/8/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,970.00 | $10,970.00 | $0.00 | FREIGHT | BL0233846 | 1/8/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,970.00 | $10,970.00 | $0.00 | FREIGHT | BL0233820 | 1/7/2026 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $14,829.00 | $14,829.00 | $0.00 | FREIGHT | BL0233814 | 1/7/2026 | HERCULANEUM MO | LEWISTON ID | UPRR 16 |
| 30065 | DOE RUN | $16,586.00 | $16,586.00 | $0.00 | FREIGHT | BL0233754 | 1/5/2026 | HERCULANEUM MO | LEWISTON ID | UPRR 16 |
| 30065 | DOE RUN | $14,829.00 | $14,829.00 | $0.00 | FREIGHT | BL0233781 | 1/5/2026 | HERCULANEUM MO | LEWISTON ID | UPRR 16 |
| 30065 | DOE RUN | $13,967.00 | $13,967.00 | $0.00 | FREIGHT | BL0233687 | 12/29/2025 | HERCULANEUM MO | LEWISTON ID | UPRR 11 |
| 30065 | DOE RUN | $13,967.00 | $13,967.00 | $0.00 | FREIGHT | BL0233625 | 12/23/2025 | HERCULANEUM MO | LEWISTON ID | UPRR 11 |
| 30065 | DOE RUN | $13,967.00 | $13,967.00 | $0.00 | FREIGHT | BL0233621 | 12/23/2025 | HERCULANEUM MO | LEWISTON ID | UPRR 11 |
| 30065 | DOE RUN | $13,967.00 | $13,967.00 | $0.00 | FREIGHT | BL0233623 | 12/23/2025 | HERCULANEUM MO | LEWISTON ID | UPRR 11 |
| 30065 | DOE RUN | $10,817.00 | $10,817.00 | $0.00 | FREIGHT | BL0230561 | 7/14/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,817.00 | $10,817.00 | $0.00 | FREIGHT | BL0230560 | 7/14/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,817.00 | $10,817.00 | $0.00 | FREIGHT | BL0230460 | 7/8/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0230025 | 6/11/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0230024 | 6/11/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229975 | 6/6/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229912 | 6/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229909 | 6/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229910 | 6/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229907 | 6/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229804 | 5/29/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229772 | 5/27/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229748 | 5/27/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229660 | 5/20/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229663 | 5/20/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229669 | 5/20/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229563 | 5/14/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229558 | 5/14/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229532 | 5/12/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229526 | 5/12/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229529 | 5/12/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229493 | 5/9/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229492 | 5/9/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229413 | 5/6/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229416 | 5/6/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229350 | 5/5/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229324 | 5/1/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,861.00 | $10,861.00 | $0.00 | FREIGHT | BL0229327 | 5/1/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0229203 | 4/25/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0229167 | 4/23/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0229150 | 4/23/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0229121 | 4/22/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0229044 | 4/22/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0229043 | 4/22/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228988 | 4/16/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228987 | 4/16/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228982 | 4/16/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228983 | 4/16/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228924 | 4/15/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228922 | 4/15/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228929 | 4/15/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228923 | 4/15/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228921 | 4/15/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228757 | 4/7/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228689 | 4/2/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228691 | 4/2/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228693 | 4/2/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228692 | 4/2/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228694 | 4/2/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,904.00 | $10,904.00 | $0.00 | FREIGHT | BL0228697 | 4/2/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0228637 | 3/31/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $13,655.56 | $13,655.56 | $0.00 | FREIGHT | BL0228638 | 3/31/2025 | HERCULANEUM MO | VANCOUVER WA | UPRR 11 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0228608 | 3/31/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0228609 | 3/31/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $13,946.00 | $13,946.00 | $0.00 | FREIGHT | BL0228508 | 3/25/2025 | HERCULANEUM MO | LEWISTON ID | UPRR 11 |
| 30065 | DOE RUN | $13,946.00 | $13,946.00 | $0.00 | FREIGHT | BL0228506 | 3/25/2025 | HERCULANEUM MO | LEWISTON ID | UPRR 11 |
| 30065 | DOE RUN | $13,946.00 | $13,946.00 | $0.00 | FREIGHT | BL0228441 | 3/21/2025 | HERCULANEUM MO | LEWISTON ID | UPRR 11 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0228442 | 3/21/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $13,946.00 | $13,946.00 | $0.00 | FREIGHT | BL0228339 | 3/18/2025 | HERCULANEUM MO | LEWISTON ID | UPRR 11 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0228188 | 3/11/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0228163 | 3/11/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $11,216.21 | $11,216.21 | $0.00 | FINANCE CHARGE | | 3/10/2025 | | | |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0228075 | 3/5/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0228041 | 3/4/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,883.00 | $10,883.00 | $0.00 | FREIGHT | BL0228039 | 3/4/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,331.00 | $10,331.00 | $0.00 | FREIGHT | BL0227966 | 2/28/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,331.00 | $10,331.00 | $0.00 | FREIGHT | BL0227959 | 2/27/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $13,589.56 | $13,589.56 | $0.00 | FREIGHT | BL0227953 | 2/27/2025 | HERCULANEUM MO | VANCOUVER WA | UPRR 11 |
| 30065 | DOE RUN | $10,331.00 | $10,331.00 | $0.00 | FREIGHT | BL0227954 | 2/27/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,331.00 | $10,331.00 | $0.00 | FREIGHT | BL0227794 | 2/20/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,331.00 | $10,331.00 | $0.00 | FREIGHT | BL0227721 | 2/17/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,331.00 | $10,331.00 | $0.00 | FREIGHT | BL0227723 | 2/17/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,331.00 | $10,331.00 | $0.00 | FREIGHT | BL0227588 | 2/10/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30065 | DOE RUN | $10,331.00 | $10,331.00 | $0.00 | FREIGHT | BL0227455 | 2/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,331.00 | $10,331.00 | $0.00 | FREIGHT | BL0227444 | 2/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0227227 | 1/22/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0227226 | 1/22/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0227150 | 1/22/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0227151 | 1/22/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0227087 | 1/16/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0227059 | 1/15/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0227041 | 1/15/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0227060 | 1/15/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0227040 | 1/15/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0226927 | 1/9/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0226859 | 1/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0226841 | 1/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0226838 | 1/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,353.00 | $10,353.00 | $0.00 | FREIGHT | BL0226839 | 1/3/2025 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL02265851 | 12/30/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL0226769 | 12/23/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL0226708 | 12/23/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL0225944 | 12/16/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL0226662 | 12/12/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL0226585 | 12/9/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL0226586 | 12/9/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL0226583 | 12/9/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL0223216 | 12/5/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| 30065 | DOE RUN | $10,807.56 | $10,807.56 | $0.00 | FREIGHT | BL0226555 | 12/5/2024 | HERCULANEUM MO | VANCOUVER WA | UPRR 11 |
| 30065 | DOE RUN | $10,375.00 | $10,375.00 | $0.00 | FREIGHT | BL0226510 | 12/3/2024 | HERCULANEUM MO | LEWISTON ID | UPLQ 95897 |
| **Total Undisputed Owed** | | **$1,416,638.89** | | | | | | | | |